1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NATISHA WALLACE,                        No.  2:24-cv-02459-DAD-JDP

12            Plaintiff,

13      v.                                    ORDER REMANDING ACTION TO THE
                                              SOLANO COUNTY SUPERIOR COURT
14   MEDIC AMBULANCE SERVICE, INC.,           PURSUANT TO THE STIPULATION OF
                                              THE PARTIES
15            Defendant.
                                              (Doc. No. 19)
16

17

18          On June 26, 2025, the parties stipulated to remand of this action to the Solano County

19   Superior Court, where this action was originally filed.  (Doc. No. 19.)  The parties also stipulated

20   that defendant shall have thirty (30) days from the date of entry of this order to file a response to

21   plaintiff's first amended complaint in state court.  (*Id*. at 2–3.)  Accordingly, and pursuant to the

22   parties' stipulation, this action is remanded to the Solano County Superior Court.  The Clerk of

23   the Court is directed to close this case.

24          IT IS SO ORDERED.

25   Dated:   __June 26, 2025__                    _____

26                                                DALE A. DROZD
                                                  UNITED STATES DISTRICT JUDGE
27

28