UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATISHA WALLACE,<br><br>Plaintiff,<br><br>v.<br><br>MEDIC AMBULANCE SERVICE, INC.,<br><br>Defendant. | No. 2:24-cv-02459-DAD-JDP<br><br>AMENDED ORDER REMANDING ACTION TO THE SOLANO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. Nos. 19, 20) |

On June 25, 2025, the parties stipulated to remand of this action to the Solano County Superior Court, where this action was originally filed. (Doc. No. 19.) The parties also stipulated that defendant shall have thirty (30) days to file a response to plaintiff's first amended complaint in state court. (*Id*. at 2–3.) On June 27, 2025, the court adopted the parties' stipulation and issued an order remanding this action to the Solano County Superior Court and closing this case. (Doc. No. 20.) The undersigned has since been informed through correspondence initiated by the parties to court staff that defendant's answer has been rejected by the state court because plaintiff's first amended complaint (Doc. No. 18) was not filed in that court. Accordingly, the court issues this amended order clarifying that this action has been remanded to the Solano

/////

/////

1

County Superior Court, that plaintiff is directed to file her first amended complaint in that court, and that defendant shall file its timely answer thereafter.

    IT IS SO ORDERED.

Dated: **August 26, 2025**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2